IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | 1:07-CV-01042-AWI-NEW (WMW) |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| BLENDER MAGAZINES, | **OR** PAY FILING FEE |
| Defendant. / | |

Plaintiff is a state prisoner proceeding pro se in a civil action. Pursuant to 28 U.S.C. § 1914, plaintiff is required to pay the statutory filing fee of $350.00 for this action,[1] or submit an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00, filing fee for this action. Failure to comply with this order will result in a recommendation that this action be

---

[1] Effective April 9, 2006, the statutory filing fee for all civil actions except applications for writs of habeas corpus is 350.00. 28 U.S.C. § 1914(a).

1 dismissed.

2 IT IS SO ORDERED.

3 **Dated:   August 8, 2007**               **/s/  William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE