IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST MILLER,** | **NEW CASE NUMBER** |
| | **1:07-CV-1042 AWI WMW P** |
| **Plaintiff,** | |
| | **OLD CASE NUMBER** |
| **vs.** | **1:07-CV- 1042 AWI GSA** |
| **BLENDER MAGAZINES, et al.,** | **ORDER REASSIGNING CASE** |
| **Defendants.** | |
| _____/ | |

On October 12, 2007, an order was entered by Chief U.S. District Judge Garland E. Burrell, reassigning this action to U.S. Magistrate Judge Gary S. Austin.  On October 11, 2007, Plaintiff lodged with the court a proposed first amended complaint, setting forth allegations of unconstitutional conditions of confinement.   Because Plaintiff is a state prisoner proceeding pro se challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983, this action should be given a "P" designation.   Further, this action will be returned to the docket of U.S. Magistrate Judge William M. Wunderlich because cases with the "P" designation were not intended to be reassigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to designate this case as a prisoner civil rights action.

1

2. This action is referred to U.S. Magistrate Judge William M. Wunderlich.

3. The new case number, to be used on all correspondence with the court, is **1:07-CV-1042 AWI WMW P**.

IT IS SO ORDERED.

**Dated:   October 16, 2007**               /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE