IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,        CV F 07 1042 AWI WMW PC

  vs.                 ORDER RE MOTIONS (DOC 7, 11)

BLENDER MAGAZINES,

        Defendant.

    Plaintiff has filed two motions. Neither motion seeks any relief from the court. Each motion consists of a one page statement describing conditions of Plaintiff's confinement. The court finds the submissions to be informational, and notes that Plaintiff does not seek any relief from the court. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are denied.

IT IS SO ORDERED.

**Dated:   June 18, 2008**                 /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE

1